IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRENT THAMES,** *et al.* | § § § | **PLAINTIFFS** |
| **v.** | § § § | **Civil No. 1:15cv391-HSO-JCG** |
| **CHEVRON U.S.A., INC.** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard upon the Unopposed Motion to Dismiss [15] filed by Plaintiffs Brent Thames, Ronald Clanton, Kyle Misko, Travis Bragg, Adam Rondall, Gerald Bailey, Steve Booker, Mark Ciesielski, Scott Gregory, Kenneth Hooks, Robert Hudson, III, Glen Lawrence, Timothy Spence, William Walters, Randall Weaver, and David Wieniewitz.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 3rd day of June, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE